**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | |
|---|---|
| _____ )<br>JOHNNY L. MILLIGAN, <u>et al</u>., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>W&M PROPERTIES, INC., )<br>OF VIRGINIA, <u>et al</u>., )<br>)<br>Defendants. )<br>_____) | Civil Action No. 04-1517 |

<u>**ORDER**</u>

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that Defendants' Motion to Dismiss is GRANTED and Plaintiffs' Objection to the Magistrate Judge's February 7, 2005 order is DISMISSED.


                                        /s/
                                _____
                                CLAUDE M. HILTON
                                UNITED STATES DISTRICT JUDGE


Alexandria, Virginia
April 25, 2005